In the Matter of the Claim of FREDERICK L. STICKLEY, Respondent, v. ALCO PRODUCTS, INC., et al., Appellants. and SPECIAL DISABILITY FUND, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

872

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.